UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>RUBEN LEE TREVINO,<br><br>    Defendant. | No. 1:21-CR-046-H-BU-1 |

**ORDER ACCEPTING REPORT AND RECOMMENDATION**
**OF THE UNITED STATES MAGISTRATE JUDGE**

Before the Court is the Report and Recommendation of the United States Magistrate Judge. Dkt. No. 42. Judge Parker recommends that: (1) Trevino's request to withdraw his guilty plea be denied; (2) his request for appointment of new counsel be denied; and (3) the transcript of the March 24 hearing remain sealed until further order of the Court. *Id.* at 28. As no objections to the Report and Recommendation have been filed within fourteen days of service in accordance with 28 U.S.C. § 636(b)(1), the Court reviews it only for plain error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1417 (5th Cir. 1996), *superseded by statute on other grounds*, 28 U.S.C. § 636(b)(1); *Serrano v. Customs & Border Patrol, U.S. Customs & Border Prot.*, 975 F.3d 488, 502 (5th Cir. 2020). Finding none, the Court accepts and adopts the Report and Recommendation and denies both Trevino's request to withdraw his guilty plea and his request for appointment of new counsel. The transcript of the March 24 hearing shall remain sealed until further order of the Court.

So ordered on April 25, 2022.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE